[No. 9979–2–III.   Division Three.   April 26, 1990.]

WESTERN ANESTHESIA ASSOCIATES, INC., P.S., *Appellant,* v.
VEDRAMURTTY REDDY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 85–2–00866–6, Fred R. Staples, J., entered May 2, 1989. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[Nos. 22490–5–I; 24211–3–I.   Division One.   April 30, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK ALEX STREMINSKI, *Appellant.*

*In the Matter of the Personal Restraint of*
FRANK ALEX STREMINSKI, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01039–7, James A. Noe, J., entered June 24, 1988, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Baker, J., concurred in by Scholfield and Forrest, JJ.

[No. 22209–1–I.   Division One.   April 30, 1990.]

NOLET ELECTRIC, INC., ET AL, *Respondents,* v. OLYMPIC PREFABRICATORS, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–03015–0, Richard M. Ishikawa, J., entered April 18, 1988. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Forrest, JJ.